IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TIMOTHY BOEHM                                                             PLAINTIFF

v.                            Case No. 4:10-cv-00159-DPM

ELI LILLY & COMPANY, ET AL.                                        DEFENDANTS

# ORDER

The Plaintiff's motion to admit Sidney W. Jackson, III *pro hac vice* is granted.

Mr. Jackson must register with CM/ECF in the Eastern District of Arkansas by 4 June 2010.

It Is So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2010