# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TIMOTHY BOEHM                                              PLAINTIFF

v.                          No. 4:10-cv-159-DPM

ELI LILLY & CO. and JOHN DOES A–F              DEFENDANTS

## ORDER

At the 14 December 2011 hearing, the Court granted Boehm's oral motion to dismiss all the Doe defendants without prejudice. The Court directs the Clerk to terminate them as parties.

So Ordered.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_3 January 2012_