# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TIMOTHY BOEHM**                                                              **PLAINTIFF**

**v.**                                        **No. 4:10-cv-159-DPM**

**ELI LILLY & CO.**                                                            **DEFENDANT**

## ORDER

Boehm's motion, *Document No. 123*, for some kind of final adjudication

of the remaining claims in the case so he can appeal is granted.  The Court

dismissed count I (strict liability warnings) with prejudice in the 4 October

2012 Order, *Document No. 121*.  Boehm's motion to dismiss count II (extended

manufacturer's liability) and count VII (negligent misrepresentation) without

prejudice, *Document No. 100*, is granted.  Boehm's new motion to dismiss all

his remaining claims with prejudice, *Document No. 123*, is granted: count III

(negligence), count IV (breach of implied warranty), count V (breach of

express warranty), count VI (fraud), and count VIII (fraud by concealment)

are dismissed with prejudice.   These dismissals resolve all Boehm's claims.

The Court will enter Judgment accordingly.  The Court appreciates counsel's

tactical decision to trim the case to its core.  The joint motion, *Document No. 122*, is denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 February 2013