IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY BOEHM**                                                                 **PLAINTIFF**

v.                                    No. 4:10-cv-159-DPM

**ELI LILLY & CO.**                                                               **DEFENDANT**

## JUDGMENT

Boehm's complaint is dismissed. All his claims are dismissed with prejudice, except counts II and VII, which are dismissed without prejudice, *Document No. 124.*

D.P. Marshall Jr.
United States District Judge

5 February 2013